B5 (Official Form  5) (12/07)

| United States Bankruptcy Court<br><br>_____District of_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual:  Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐  Chapter 7       ☐  Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐  Debts are primarily consumer debts<br>☐  Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐  Individual (Includes Joint Debtor)<br>☐  Corporation (Includes LLC and LLP)<br>☐  Partnership<br>☐  Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br>☐  Health Care Business<br>☐  Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐  Railroad<br>☐  Stockbroker<br>☐  Commodity Broker<br>☐  Clearing Bank<br>☐  Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐  Full Filing Fee attached<br><br>☐   Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>**(Check applicable boxes)**<br><br>1.   ☐  Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.   ☐  The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐  The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br><br>or<br><br>b. ☐  Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

B5 (Official Form  5) (12/07) – Page 2                          Name of Debtor_____18 Leasing, LLC__

                                                                Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____  5/5/09          x_____  5/5/09
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date
New Century Bank                                           Michael L. Gesas/Arnstein & Lehr LLP
Name of Petitioner              Date Signed               Name of Attorney Firm (If any)

Name & Mailing        James Hubbard, Exec. V.P.           Address
Address of Individual  New Century Bank
Signing in Representative 363 W. Ontario                  120 S. Riverside Plaza, Suite 1200
Capacity              Chicago, IL 60654                   Chicago, IL 60606

                                                          Telephone No. (312) 876-7100

x_____                   x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

Name of Petitioner              Date Signed               Name of Attorney Firm (If any)

Name & Mailing                                            Address
Address of Individual
Signing in Representative
Capacity

                                                          Telephone No.

x_____                   x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date

Name of Petitioner              Date Signed               Name of Attorney Firm (If any)

Name & Mailing                                            Address
Address of Individual
Signing in Representative
Capacity

                                                          Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| New Century Bank | Loan | $1,850,000 plus penalties, interest and costs |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

                            0   continuation sheets attached